IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 3:25-cr-210-MOC |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| WILLIAM SEDRICK ROLLERSON | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On April 24, 2025, in Mecklenburg County within the Western District of North Carolina, William Sedrick Rollerson (Defendant), knowingly and intentionally possessed a firearm, a Taurus .40 caliber semi-automatic pistol. The firearm was found, by a federal probation officer, in the center console of Defendant's vehicle after he arrived at the federal courthouse for a meeting.
2. At the time Defendant possessed the firearm, Defendant had been previously convicted, and knew that he had been so convicted, of at least one felony crime punishable by more than one year in prison, to wit: possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), in the Western District of North Carolina.

Page 1 of 2

3. At the time Defendant possessed the firearm, it was in and affecting interstate commerce, as the firearm was not manufactured in North Carolina.
4. At the time Defendant possessed the firearm, Defendant admits that he possessed such firearm in connection with another felony offense, that is, felony possession of cocaine, in violation of N.C.G.S. § 90-95. The cocaine was found inside a courthouse locker which Defendant used to store personal items during his visit with his probation officer.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the Plea Agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the Plea Agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____            DATED: 8/1/2025
Carson T. Smith, Attorney for Defendant