UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cr-210-MOC-SCR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM ROLLERSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Extension of Time to File Objections to PSR. (Doc. No. 17). Finding good cause for an extension, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion for Extension of Time to File Objections to PSR (Doc. No. 17) is **GRANTED**, and Defendant shall have up to and including **January 2, 2026**, to file objections.

Signed: December 4, 2025

Max O. Cogburn Jr
United States District Judge